UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TONIA FIELDS, individually and as mother and next of friend of A.H. and as assignee of the Estate of CHRISTIAN CONNIOR,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. | Case No. 1:12-cv-61<br>United States Magistrate Judge Carter |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion for summary judgment by defendant State Farm Mutual Automobile Insurance Company. The Honorable William B. Mitchell Carter, United States Magistrate Judge, having granted defendant's motion for summary judgment in its entirety leaving no issues remaining for adjudication,

It is **ORDERED and ADJUDGED** that the plaintiff TONIA FIELDS, individually and as mother and next of friend of A.H. and as assignee of the Estate of Christian Connior, takes nothing and that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this 3rd day of December, 2012.

                    */s/   Deborah Poplin*
                    DEBORAH POPLIN
                    CLERK OF COURT